United States District Court
Middle District of Florida
Jacksonville Division

**ERIC CONTESSA,**
  *Plaintiff,*

v.  NO. 3:23-cv-487-MMH-PDB

**WHITE PINE INSURANCE COMPANY,**
  *Defendant.*

___

# Order

The plaintiff moves for a determination of entitlement to an attorney's fee, Doc. 74, and for taxation of costs, Doc. 75. The defendant does not oppose the motions subject to its right to pursue its pending appeal. Docs. 78, 79.

At a telephone conference on December 4, 2024, the parties asked the Court to stay a decision on the motions considering the pending appeal and the question of whether the judgment, Doc. 72, is final and appealable. Doc. 92.

A stay will conserve this Court's judicial resources. The Court thus stays decisions on the motions while the appeal is pending. To effectuate the stay, the clerk must terminate the motions, Docs. 74, 75. The plaintiff must renew the motions **within 45 days** of an appellate opinion affirming the judgment, concluding the judgment is not final and appealable, or otherwise rendering decisions on the motions necessary.

**Ordered** in Jacksonville, Florida, on December 6, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*